IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                          CRIMINAL NO.  6:25-CR-60037-001

TRACY YOUNG                                                 DEFENDANT

ORDER

Currently before the Court is the Report and Recommendation (ECF. No. 24) filed in this case on May 20, 2026, by the Honorable Spencer G. Singleton, Chief United States Magistrate Judge for the Western District of Arkansas.  Both parties have waived the right to object to the Report and Recommendation for the purpose of expediting acceptance of the guilty plea in this matter.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be, and hereby is, **ADOPTED IN ITS ENTIRETY**.  Accordingly, Defendant's plea of guilty as to Count 3 of the Indictment is accepted. The written plea agreement will be subject to final approval by the undersigned at sentencing.  The Court directs the United State Probation Office to prepare a Presentence Investigation Report in this matter.

IT IS SO ORDERED this 26th day of May, 2026.

**/s/John Thomas Shepherd**
John Thomas Shepherd
United States District Judge